IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03175-CMA-KLM

FADI A. BAYER,

    Plaintiff,

v.

8451 PEARL STREET OPERATING COMPANY, LLC, d/b/a Vista View Care Center and d/b/a Vibra Hospital,
VIBRA HEALTHCARE, LLC, and
JOHN ADAMS, individually,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 16; Filed April 8, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information is entered as an Order of the Court as of today's date.

Dated: April 14, 2011