IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03175-CMA-KLM

FADI A. BAYER,

      Plaintiff,

v.

8451 PEARL STREET OPERATING COMPANY, LLC, d/b/a Vista View Care Center and d/b/a Vibra Hospital,
VIBRA HEALTHCARE, LLC, and
JOHN ADAMS, individually,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [Docket No. 22; Filed May 16, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on April 14, 2011 [Docket No. 19] is modified to extend the following case deadlines.

| | |
|---|---|
| Expert Disclosures | **October 14, 2011** |
| Rebuttal Expert Disclosures | **November 15, 2011** |
| Service of Written Discovery | **November 25, 2011** |
| Completion of Depositions | **December 28, 2011** |
| Discovery Deadline | **December 28, 2011** |
| Dispositive Motions Deadline | **February 16, 2012** |

IT IS FURTHER **ORDERED** that the Settlement Conference set for September 7, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 27, 2012 at 10:00 a.m. is vacated and **RESET** to **April 26, 2012 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on

or before **April 19, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

IT IS FURTHER **ORDERED** that the Settlement Conference shall not be reset at this time.  Any party may move to reset the Settlement Conference after conferring with the opposing party and contacting the Court to get available dates.

Dated:  May 17, 2011