IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03175-CMA-KLM

FADI A. BAYER,

    Plaintiff,

v.

8451 PEARL STREET OPERATING COMPANY, LLC, d/b/a Vista View Care Center and d/b/a Vibra Hospital,
VIBRA HEALTHCARE, LLC, and
JOHN ADAMS, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File First Amended Complaint** [Docket No. 25; Filed May 30, 2011] (the "Motion"). As a preliminary matter, the Motion is timely pursuant to the applicable pleading amendment deadline. *See Scheduling Order* [#19] at 9. Despite the fact that Defendants did not provide Plaintiff their position regarding the relief requested, the Court need not wait for a response prior to ruling on the Motion. D.C.COLO.LCivR 7.1C. Given the liberal standard for pleading amendment set forth in Fed. R. Civ. P. 15(a),

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the First Amended Complaint [Docket No. 25-1] is accepted for filing as of the date of this Order.

    IT IS HEREBY **ORDERED** that Defendants shall answer or otherwise respond to the First Amended Complaint on or before **June 24, 2011**.

    Dated: June 6, 2011