**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03175-CMA-KLM

FADI A. BAYER,

      Plaintiff,

v.

8451 PEARL STREET OPERATING COMPANY, LLC,
   d/b/a VISTA VIEW CARE CENTER and d/b/a VIBRA HOSPITAL,
VIBRA HEALTHCARE, LLC, and
JOHN ADAMS, individually,

      Defendants.
_____

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

Upon review of the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. #

39), filed December 21, 2011, this Court hereby GRANTS the Motion. This matter is

considered dismissed with prejudice, each Party to bear his or their own costs and fees.

DATED: December 22, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge